IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ABRAHAM GRANT**                                                              **PETITIONER**

**v.**                              **CASE NO. 5:14CV00410 BRW-BD**

**RICHARD PROCTOR and**
**CHALK MITCHELL**                                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Petitioner Abraham Grant's 28 U.S.C. § 2254 petition for writ of habeas corpus (Doc. No. 2) is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of December, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE